

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00714-CV

**WESTPORT OIL & GAS COMPANY, L.P.** n/k/a Kerr-McGee Oil & Gas Onshore, L.P.,
Appellant

v.

Betsy **MECOM**, Donald R. Mullins, Lannie Louise Mecom, Mark Mullins, and Wahatoya, Ltd.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,470
Honorable José A. Lopez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, we REVERSE the portion of the trial court's judgment on the breach of contract claim for underpaid royalties, declaratory judgment actions, and attorney's fees claims, and RENDER judgment that Betsy Mecom, Donald R. Mullins, Lannie Louise Mecom, Mark Mullins, and Wahatoya, Ltd. take nothing on their claims against Kerr-McGee Oil & Gas Onshore, L.P.

We AFFIRM the remainder of the judgment.

We tax costs of this appeal against appellees Betsy Mecom, Donald R. Mullins, Lannie Louise Mecom, Mark Mullins, and Wahatoya, Ltd.

SIGNED December 14, 2016.

_____
Patricia O. Alvarez, Justice